PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, STATE BAR NO. 133775
ASSISTANT UNITED STATES TRUSTEE
EVERETT L. GREEN, STATE BAR NO. 237936
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
3685 Main Street, Suite 300
Riverside, CA 92501-2804
Telephone:    (951) 276-6990
Facsimile:    (951) 276-6973
Email:    Everett.L.Green@usdoj.gov

FILED & ENTERED

AUG 06 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY lewis    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>DANIEL MARIN DOMINGUEZ,<br><br>Debtor. | Case No. 6:10-bk-16454-TD<br><br>Hon. Thomas B. Donovan<br><br>Chapter 7<br><br>**ORDER GRANTING UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 11 U.S.C. §§ 707(b)(1) AND (b)(3)**<br><br>Date:    July 15, 2010<br>Time:    11:00 a.m.<br>Place:    Courtroom 225<br>        3420 Twelfth St.<br>        Riverside, CA 92501-3819 |

  The motion of Peter C. Anderson, the United States Trustee for Region 16 (the "U.S. Trustee"), for the entry of an order dismissing this case pursuant to 11 U.S.C. §§ 707(b)(1) and (b)(3) (the "Motion") came on regularly for hearing on July 15, 2010, before the Honorable Thomas B. Donovan, United States Bankruptcy Judge.  Everett L. Green, Esq., appeared for the U.S. Trustee.  Henry Paloci, Esq., appeared for the Debtor.  Other appearances, if any, were as noted in the record.  Having reviewed the papers submitted in support

-1-

of and in opposition to the Motion, and having heard the arguments of counsel, for the reasons stated in open Court, notice appearing proper and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Debtor shall have thirty (30) days from the date of entry of this order to convert this Chapter 7 case to a Chapter 13 case.

3. If an order is not entered converting this case within thirty days (30) days from the date of entry of this order, then the case shall be dismissed.

########

DATED: August 6, 2010

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:    Office of the U. S. Trustee
3685 Main Street, Suite 300
Riverside, CA 92501

A true and correct copy of the foregoing document described   [PROPOSED] ORDER GRANTING UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 11 U.S.C. §§ 707(b)(1) AND (b)(3) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   July 20, 2010   , I served the following person(s) and/or entities(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| By U.S. Mail: | By U.S. Mail: | By overnight mail: |
|---|---|---|
| Daniel Marin Dominguez | Gregory J. Doan | Hon. Thomas B. Donovan |
| 5695 Sorrel Hills Avenue | 25401 Cabot Rd Ste 119 | 225 East Temple St #1352 |
| Chino Hills, CA 91709 | Laguna Hills, CA 9265 | Los Angeles, CA 90012 |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  July 20, 2010, I served the following person(s) and/or entities(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2010 | Bonita DeGrave | /s/ Bonita DeGrave |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM:**

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States Trustee and case trustee (if any) will always be in this category.

**4) Category II.** Below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* ORDER GRANTING UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO 11 U.S.C. §§ 707(b)(1) AND (b)(3) was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 20, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov
John P. Pringle jpringle@rpmlaw.com
Gregory J. Doan ecf@doanlaw.com

- Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Daniel Marin Dominguez
5695 Sorrel Hills Avenue
Chino Hills, CA 91709

- Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S.Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and email address(es) indicated below:

- Service information continued on attached page